IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CR-182-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MIKA LETHAKA PHILLIPS (3) ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon defendant's Motion for Early Termination from Supervised Release [doc. #253] filed on August 5, 2015. For cause shown, the motion is GRANTED effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: January 11, 2016

Graham C. Mullen
United States District Judge